**CT Corporation**

**Service of Process Transmittal**
03/23/2010
CT Log Number 516351544

**TO:** Byron L Woolley
Simpson, Woolley & McConachie, LLP
700 The Quadrangle, 2828 Routh Street
Dallas, TX 75201-

**RE:** **Process Served in Missouri**

**FOR:** LINCOLN PROPERTY COMPANY (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Joyce O. Hill, Pltf. vs. Lincoln Property Company, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Petition, Notice, Consent Form |
| **COURT/AGENCY:** | 11th Judicial Circuit Court, St. Charles County, MO<br>Case # 1011CV02270 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 4/18/07 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Clayton, MO |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/23/2010 at 09:15 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of date of service |
| **ATTORNEY(S) / SENDER(S):** | Leland C Smith II<br>P O Box 1380<br>1551 Wall St<br>Ste 210<br>Saint Charles, MO 63302<br>636-947-7727 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 790207775152<br>CC Recipient(s)<br>Greg Courtwright, via Regular Mail |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Meghan Saffell<br>120 South Central Avenue<br>Suite 400<br>Clayton, MO 63105 |
| **TELEPHONE:** | 314-863-5545 |

Page 1 of 1 / BL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT A**



## IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>LUCY D RAUCH | Case Number: 1011-CV02270 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JOYCE O HILL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>LELAND C SMITH II<br>P O BOX 1380<br>1551 WALL ST STE 210<br>SAINT CHARLES, MO  63302 | |
| Defendant/Respondent:<br>LINCOLN PROPERTY COMPANY<br>DBA:  SANDLEWOOD CREEK APARTMENTS | Court Address:<br>300 N 2nd<br>SAINT CHARLES, MO  63301 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: LINCOLN PROPERTY COMPANY
Alias:
DBA:  SANDLEWOOD CREEK APARTMENTS

R/A: CT CORPORATION
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

COURT SEAL OF

ST. CHARLES COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____March 15, 2010_____                              _____DEPUTY CLERK_____
            Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____          _____
                            Date                    Notary Public

Sheriff's Fees
Summons                             $_____
Non Est                             $_____
Sheriff's Deputy Salary
Supplemental Surcharge              $___10.00___
Mileage                             $_____ (_____ miles @ $_____ per mile)
Total                               $_____
A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

FILED

MAR 11 2010

JUDY ZERR
CIRCUIT CLERK
ST. CHARLES CO.

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI
Circuit Judge Division

| | |
|---|---|
| JOYCE O. HILL | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 1011-CV0??? ) |
| LINCOLN PROPERTY COMPANY, d/b/a Sandalwood Creek Apartments | ) ) Division No. - 3 ) |
| Serve at: Registered Agent: CT Corporation 120 SOUTH CENTRAL AVE Clayton, MO 63105 | ) ) ) ) ) |
| Defendant. | ) |

## PETITION FOR BODILY INJURY – LANDOWNER LIABILITY

Comes now Plaintiff, and for her cause of action herein states to the Court as follows:

1. Plaintiff is a resident of St. Charles County, Missouri.

2. Defendant is a Texas corporation, authorized and existing pursuant to the laws of the State of Texas, authorized to do business as a foreign corporation in the State of Missouri and currently doing business in St. Charles County as Sandalwood Creek Apartments.

3. That Plaintiff was a tenant at the apartment complex owned by the Defendant, residing in Unit 4-C San Miguel Drive, St. Charles, MO 63303.

4.  That on the 18th day of April, 2007, Plaintiff, while in her apartment, was caused to trip on an area of the carpet in the passageway between her bedroom and the living room area.

5.  That the area of carpet upon which Plaintiff tripped was raised and constituted a dangerous condition upon the property of the Plaintiff.

6.  That the Defendant knew or should have known of the dangerous condition of the property to have previously repaired the condition, but Defendant failed to do so by and through its agents, servants or employees.

7.  That the defective condition resulted from the placement of a board underneath the carpet at the threshold of the entryway from the hallway into the living room.

8.  As a direct result of the fall of the Plaintiff, Plaintiff sustained bodily injury in that the muscles, ligaments, tendons and soft tissues of her right ankle were bruised, contused, sprained and strained. Further, Plaintiff sustained a fracture of the right cuboid.

9.  That Plaintiff suffered pain and suffering at the time of the fall, from and since the fall, and will be caused to suffer in the future as a result of her fall.

10. Additionally, Plaintiff has been caused to lose wages and income as a result of her injuries.

11. That Plaintiff's injuries are permanent.

WHEREFORE, Plaintiff prays for judgment against the Defendant for such sums as will adequately and justly compensate Plaintiff for her damages sustained as a result of the negligence of the Defendant, by and through its agents, servants or employees, and for damages which she is reasonably expected to suffer in the future as a result of her injuries,

for Court costs and such other and further relief to the Court seems just and proper in the premises.

*Leland C. Smith II*

Leland C. Smith II #28200
Attorney for Plaintiff
Post Office Box 1380
St. Charles, MO 63302
Phone: (636) 947-7727
Facsimile: (636) 947-3393